# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

OCT - 5 2016

David J. Bradley, Clerk

UNITED STATES OF AMERICA
V.
**Rigoberto RUIZ-Trevino**

## CRIMINAL COMPLAINT

Case Number: **M-16-01843-M**

AKA:
IAE   YOB: 1968
Mexico
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **October 4, 2016** in **Hidalgo** County, in the **Southern** District of **Texas** defendants(s) did,
(Track Statutory Language of Offense)

**being then and there an alien who previously has been deported from the United States to Mexico in pursuance of law, and thereafter was found near Mission, Texas within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**
I further state that I am a(n) **Deportation Officer** and that this complaint is based on the following facts:

On October 4, 2016, Rigoberto RUIZ-Trevino a citizen of Mexico was encountered and arrested by Immigration Officers with the Harlingen Fugitive Operations Unit in Mission, Texas. Record checks revealed the defendant was formally removed from the United States to Mexico on March 18, 2011 via the Laredo, Texas Port of Entry. The defendant was instructed not to return without permission from the Attorney General or the Secretary of Homeland Security of the United States. The defendant claims to have illegally re-entered the United States on or about December 15, 2011 by wading the Rio Grande River at or near Roma, Texas. On March 27, 2009, the defendant was convicted of 8 USC 1326, being found in the U.S. after previous deportation, and sentenced to thirty-three (33) months to the custody of the United States Bureau of Prisons and two (2) years supervised release term.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Complaint authorized by AUSA J. Leonard

_____
Signature of Complainant

**Jesus Castro**
Printed Name of Complainant

Sworn to before me and subscribed in my presence,

**October 5, 2016**          at    **McAllen, Texas**
Date                                City and State

**Peter E. Ormsby**     **U.S. Magistrate Judge**     _____
Name and Title of Judicial Officer              Signature of Judicial Officer